GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
BRETT A. DAY
Assistant United States Attorney
Arizona State Bar No. 027236
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: brett.day@usdoj.gov
Attorneys for Plaintiff

FILED ____ LODGED
____ RECEIVED ____ COPY

NOV 09 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No.  CR-21-00939-PHX-GMS (MHB) |
| Plaintiff, | **INDICTMENT** |
| vs. | VIO:  18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D) (Dealing Firearms without a License) Count 1 |
| Derek William Franke, | |
| Defendant. | 18 U.S.C. § 924(a)(1)(A) (False Statement During Purchase of a Firearm) Counts 2-16 |
| | 18 U.S.C. §§ 924(d) and 981; 21 U.S.C. §§ 853 and 881; and 28 U.S.C. § 2461(c) (Forfeiture Allegations) |

**THE GRAND JURY CHARGES**:

**<u>COUNT 1</u>**

On or between February 1, 2020 and October 1, 2021, in the District of Arizona, Defendant DEREK WILLIAM FRANKE, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNTS 2 - 16

On or about the dates listed below, in the District of Arizona, Defendant DEREK WILLIAM FRANKE knowingly made false statements and representations to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant DEREK WILLIAM FRANKE did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record in each of the counts below stating he resided at an address on Queen Creek Road in Chandler, Arizona, whereas in truth and fact, Defendant DEREK WILLIAM FRANKE knew that he resided at a different address:

| Count | Date | Business |
|---|---|---|
| 2 | 2/7/2020 | AllArms, Gilbert, Arizona |
| 3 | 2/26/2020 | AllArms, Gilbert, Arizona |
| 4 | 2/28/2020 | AllArms, Gilbert, Arizona |
| 5 | 3/4/2020 | AllArms, Gilbert, Arizona |
| 6 | 3/9/2020 | AllArms, Gilbert, Arizona |
| 7 | 3/13/2020 | AllArms, Gilbert, Arizona |
| 8 | 3/17/2020 | AllArms, Gilbert, Arizona |
| 9 | 3/20/2020 | AllArms, Gilbert, Arizona |
| 10 | 3/22/2020 | AllArms, Gilbert, Arizona |
| 11 | 3/25/2020 | AllArms, Gilbert, Arizona |
| 12 | 4/1/2020 | AllArms, Gilbert, Arizona |
| 13 | 4/9/2020 | AllArms, Gilbert, Arizona |
| 14 | 5/4/2020 | AllArms, Gilbert, Arizona |
| 15 | 7/12/2020 | Sportsman's Warehouse 252, Avondale, Arizona |
| 16 | 7/9/2020 | Sportsman's Warehouse 252, Avondale, Arizona |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

- 2 -

## FORFEITURE ALLEGATIONS

The Grand Jury realleges and incorporates the allegations of Counts 1 through 16 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1 through 16 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendant is liable.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendants up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

//
//
//
//
//
//
//

- 3 -

All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date:  November 9, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona


s/
BRETT A. DAY
Assistant U.S. Attorney